UNITED STATES of America, Plaintiff–Appellee,

v.

Brandon Keith COLLIERS, Defendant–Appellant.

No. 02–7160.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 7, 2002.

Decided Nov. 14, 2002.

Brandon Keith Colliers, Appellant Pro Se. Robert H. McWilliams, Jr., Assistant United States Attorney, Wheeling, West Virginia, for Appellee.

Before WILLIAM D. WILKINS and LUTTIG, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Brandon Keith Colliers seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and conclude for the reasons stated by the district court that Colliers has not made a substantial showing of the denial of a constitutional right. *See United States v. Colliers,* Nos. CR–98–29; CA–01–1–5 (N.D.W.Va. July 5, 2002). Accordingly, we deny a certificate of appealability

and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*